UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

TYLER DANIELS,
on behalf of himself and
all others similarly situated,

        Plaintiff,                      Case No. 21-cv-1395

      v.

MASTER FLEET LLC,

        Defendant,

## ORDER

Based on the parties' submissions in support of their Joint Motion for Preliminary Approval of Class Action Settlement and Class Certification for the Purposes of Settlement, their Joint Motion for Final Settlement Approval, Plaintiff's Unopposed Motion for Approval of Service Award, and Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, as well as the record as a whole,

IT IS ORDERED THAT:

1. The Wisconsin Wage Payment and Collection Law ("WWPCL") Class pursuant to FED. R. CIV. P. 23 and the FLSA Collective that submitted a Consent to Join Form pursuant to 29 U.S.C. § 216(b) are certified;

2. The Settlement Agreement and Release ("Agreement") (ECF No. 34-1) is approved as a fair, reasonable, and adequate resolution of a *bona fide* wage dispute as it applies to the WWPCL Class and the FLSA Collective Members;

3. Plaintiff Tyler Daniels ("Plaintiff") is approved as Class Representative for the WWPCL Class and the FLSA Collective Members;

4. Walcheske & Luzi, LLC is appointed as counsel for the WWPCL Class and the FLSA Collective Members;

5. The Agreement is binding on the Parties;

6. The WWPCL Class and the FLSA Collective Members' released claims (as defined in the Agreement) are dismissed *with prejudice;*

7. The settlement payments to the WWPCL Class and the FLSA Collective Members (as described in the Agreement) are approved;

8. Defendant's counsel shall provide Plaintiff's counsel with settlement checks for the WWPCL Class and the FLSA Collective Members within thirty (30) calendar days of this order;

9. Plaintiff's counsel shall send the settlement checks to the WWPCL Class and the FLSA Collective Members via U.S. Mail following receipt of the settlement checks from Defendant's counsel;

10. The WWPCL Class and the FLSA Collective Members shall have one hundred and twenty (120) calendar days from the date of mailing to cash their individual settlement checks, otherwise the individual settlement checks and amounts will revert to and be retained by Defendant;

11. Plaintiff's unopposed request for approval of his attorneys' fees and case-related costs which the parties have stipulated and agreed are reasonable is granted;

12. Plaintiff's unopposed request for approval of his service award which the parties have stipulated and agreed is reasonable is granted; and

13. The purported FLSA claims of those Settlement Class Members who did not timely file their Consent to Join forms as required by the previous orders of this Court and/or as agreed to between the parties are dismissed *without prejudice.*

Entered this 30th day of August, 2024.

BY THE COURT:

_____
Hon. Stephen C. Dries
United States Magistrate Judge